**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| PATRICIA FRENCH | § | |
| | § | |
| v. | § | CASE NO. 4:16-cv-864 |
| | § | |
| THE APPLIED PSYCHOLOGY | § | |
| GROUP OF TEXOMA, PA | § | |

## ORDER OF DISMISSAL

Before the Court is Plaintiff's Unopposed Motion to Dismiss with Prejudice (Dkt. #17) filed in this cause by Plaintiff Patricia French. Defendant The Applied Psychology Group of Texoma, PA is unopposed to the requested relief. *See* Dkt. 17. After considering the Motion to Dismiss, it is hereby,

**ORDERED, ADJUDGED, AND DECREED** that the entirety of Plaintiff's claims against Defendant are dismissed with prejudice. Costs are taxed against the party incurring the same. All relief not previously granted is hereby **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

**It is SO ORDERED.**

**SIGNED this 18th day of May, 2017.**

KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE